**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Carmen L. Finney** | : CHAPTER 13 |
| **xxx-xx-0802** | : CASE NO. 12-19752-MDC |
| **6224 Baynton Street** | : |
| **Philadelphia, PA 19144** | : HEARING DATE: |
| | : TIME: |
| | : LOCATION: COURT ROOM No. 5 |
| **Debtor** | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**ORDER**

AND NOW, this 21st day of December, 2017, it is hereby ORDERED that, the wage attachment order entered in this case on August 23, 2017 is hereby VACATED, and the wage attachment thereunder is terminated, effective immediately.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
U.S. Bankruptcy Judge