United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19752-mdc
Carmen L. Finney                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR        Page 1 of 1          Date Rcvd: Dec 21, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Carmen L. Finney,    6224 Baynton Street,    Philadelphia, PA 19144-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor   Cenlar Central Loan Adm. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor   Cenlar FSB ecfmail@mwc-law.com, ecfmail@mwc-law.com
        MICHAEL W. GALLAGHER    on behalf of Debtor Carmen L. Finney mwglaw@msn.com, mwglaw1@verizon.net
        THOMAS I. PULEO    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation
         ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:Carmen L. Finney** | : **CHAPTER 13** |
| **xxx-xx-0802** | : **CASE NO. 12-19752-MDC** |
| **6224 Baynton Street** | : |
| **Philadelphia, PA 19144** | : **HEARING DATE:** |
| | : **TIME:** |
| | : **LOCATION: COURT ROOM No. 5** |
| **Debtor** | : **United States Bankruptcy Ct.** |
| | : **900 Market St., 2nd Floor** |
| | : **Philadelphia, PA 19107** |

### ORDER

AND NOW, this 21st day of December, 2017, it is hereby ORDERED that, the wage attachment order entered in this case on August 23, 2017 is hereby VACATED, and the wage attachment thereunder is terminated, effective immediately.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
U.S. Bankruptcy Judge