United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-19752-mdc
Carmen L. Finney                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 3              Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW           Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db          +Carmen L. Finney,    6224 Baynton Street,    Philadelphia, PA 19144-2015
12911048    +American Honda Finance Corporation,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
              110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
12884082    +Blue King Inc.,    46575 Road 417,    Coarsegold, CA 93614-8776
12970087    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
12884083    +Capital One,    Attn: General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
12884084    +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
12884086    +Cashweb USA,    C/O Domains By Proxy, LLC,    14747 N. Northsight Blvd Ste 111 PMB 309,
              Scottsdale, AZ 85260-2633
12884087    +Cashweb USA,    C/O SMB Processing Services,    3201 Summerhill Road,    Texarkana, TX 75503-3967
12892309    +Cenlar Central Loan Adm.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12884088    +Cenlar FSB,    Central Loan Administration,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
12884089    +Christian Free Debt Counseling Inc.,    2023 North Atlantic Avenue No. 202,
              Cocoa Beach, FL 32931-5096
12884090     City Of Philadelphia,    Water Revenue Bureau,    P.O. Box 41496,    Philadelphia, PA  19101-1496
12884092   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirectTV,     P.O. Box 11732,    Newark, NJ  07101-4732)
12884093     Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA  30374-0256
12884094     Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
              Allen, TX  75013-2002
12884095     First National Bank Omaha,    P.O. Box 2490,    Omaha, NE  68103-2490
12884098     GTI Holdings,    15503 Ventura Blvd.,    Encino, CA  91436-3114
12884096    +Great Rock Financial,    Sokaogon Finance Incorporated,    3051 Sand Lake Road,
              Crandon, WI 54520-8815
12884097     Great Sky Finance LLC,    612 E Street,    Timber Lake, SD  57656
12884101     HSBC Card Services,    P.O. Box 17051,    Baltimore, MD  21297-1051
12884102     HSBC Card Services,    P.O. Box 80026,    Salinas, CA  93912-0026
12884103    +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
12884106    +KML Law Group PC,    BNY Mellon Independence Center,    701 Market St., Suite 5000,
              Philadelphia, PA 19106-1541
12884108     Marquita Hampton,    6224 Baynton St.,    Philadelphia, PA  19144-2015
12884110    +Morgan Stanley Credit  Corporation,    P.O. Box 77404,    Ewing, NJ 08628-6404
12884111    +Oasis1 Marketing Group, Inc.,    500 N Rainbow Blvd Ste 300a,    Las Vegas, NV 89107-1061
12884113     PayDax Max Ltd.,    207-1425 Marine Drive,    West Vancouver, BC   V7T 1B9
12884116    +Red Stone Financial, LLC,    P.O. Box 368,    Timber Lake, SD 57656-0368
13035957     Roundpoint Mortgage Servicing Corporation,    Successor in Inerest to Morgan Stanley,
              P.O. Box 19409,    Charlotte, NC 28219-9409
12884118    +SDS Processing,    2985 E Hillcrest Drive # 205,    Westlake Village, CA 91362-3192
12884117    +SDS Processing,    23901 Calabasas Road, Suite 1010,    Calabasas, CA 91302-3308
12884120    +TheCashLine,    9100 White Bluff Road Ste. 502,    Savannah, GA 31406-4672
12884121    +Thomas Jefferson  University Hospital,    1020 Walnut Street,    Philadelphia, PA 19107-5567
12884122     Thomas Jefferson  University Hospital,    P.O. Box 8500-3100,    Philadelphia, PA  19178-3100
13843320    +Thomas Puleo Esquire,    KML Law Group P.C.,    RoundPoint Mortgage Servicing Co.,
              701 Market Street ste 5000,    Philadelphia Pa 19106-1541
12884123    +Transunion Corporation,    2 Baldwin Place,    P.O. Box 1000,    Chester, PA 19022-1370
12884124     White Hills Cash,    Island Finance LLC,    113 Chippewa Avenue,    Harlem, MT  59526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:59     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:44:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 17 2018 02:44:32
              American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
              UNITED STATES
cr           E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:25     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:11:00
              PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57
              Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12897985     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 17 2018 02:44:32
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
12884100     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 17 2018 02:44:32     Honda Financial,
              P.O. Box 7829,    Philadelphia, PA  19101
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 3                 Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW           Total Noticed: 69


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12899042      E-mail/Text: legal-compliance@directbuy.com Feb 17 2018 02:43:38      Beta Finance Company, Inc.,
              PO Box 6000,    Crown Point, IN 46308-6000
12884079     +E-mail/Text: banko@berkscredit.com Feb 17 2018 02:43:48      Berks Credit And Collections, Inc.,
              P.O. Box 329,    Temple, PA 19560-0329
12884080     +E-mail/Text: legal-compliance@directbuy.com Feb 17 2018 02:43:38      Beta Finance Company,
              8450 Broadway,    Merrilville, IN 46410-6221
12884081      E-mail/Text: legal-compliance@directbuy.com Feb 17 2018 02:43:38      Beta Finance Company,
              P.O. Box 660232,    Indianapolis, IN 46266
12884085      E-mail/Text: bankruptcy@cashcall.com Feb 17 2018 02:45:21      CashCall, Inc.,
              1600 S Douglass Rd,    Anaheim, CA 92806
12891694     +E-mail/Text: bncmail@w-legal.com Feb 17 2018 02:44:32      CASHCALL, INC.,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,     SEATTLE, WA 98121-3132
12992277      E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:59
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    One Parkway Building-Bankruptcy Group,
              1515 Arch Street, 15th Street,    Philadelphia, PA 19102-1595
12884091      E-mail/PDF: creditonebknotifications@resurgent.com Feb 17 2018 02:49:04      CreditOne Bank,
              P.O. Box 98873,    Las Vegas, NV 89193-8873
12898155      E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:48:57      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12884104      E-mail/Text: cio.bncmail@irs.gov Feb 17 2018 02:43:45      Internal Revenue Service,
              Central Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
12884105      E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:25      JC Penney,   P.O. Box 960090,
              Orlando, FL 32896-0090
13023243      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:49:05
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12884107      E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:25      Lowe's,   P.O. Box 981064,
              El Paso, TX 79998-1064
13029672      E-mail/Text: bkr@cardworks.com Feb 17 2018 02:43:33      MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
12884109      E-mail/Text: bkr@cardworks.com Feb 17 2018 02:43:33      Merrick Bank,   P.O. Box 171379,
              Salt Lake City, UT 84117-1379
12969605      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:11:14
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13024661     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 02:50:24
              PRA Receivables Management, LLC,    as agent of Portfolio Recovery,    Associates, LLC,
              POB 41067,   Norfolk, VA 23541-1067
12884114      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:44:10
              Pennsylvania Department Of Revenue,    Department 280946,   Attn: Bankruptcy Division,
              Harrisburg, PA 17128-0946
13025678      E-mail/PDF: rmscedi@recoverycorp.com Feb 17 2018 02:49:28      Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
              Miami, FL 33131-1605
12884115     +E-mail/Text: Supportservices@receivablesperformance.com Feb 17 2018 02:45:20
              Receiveable Performance Management,    20816 44th Avenue W.,    Lynnwood, WA 98036-7744
12892607      E-mail/PDF: rmscedi@recoverycorp.com Feb 17 2018 02:49:00
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13034425      E-mail/Text: appebnmailbox@sprint.com Feb 17 2018 02:44:22      Sprint Nextel,
              Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
12884119     +E-mail/Text: crwkflw@firstdata.com Feb 17 2018 02:45:13      Telecheck Services, Inc.,
              5251 Westheimer,    Houston, TX 77056-5416
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++BETA FINANCE CO INC,   PO BOX 78000,    DETROIT MI 48278-0001
              (address filed with court: Beta Finance Company Inc.,    PO Box 6000,
              Crown Point, IN 46308-6000)
cr*           +CashCall, Inc.,   c/o Weinstein & Riley, PS,    2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
12884099*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: Honda Financial,    P.O. Box 65507,   WIlmington, DE 19808)
cr           ##+RJM Acquisitions LLC,   Suite 224,    575 Underhill Avenue,   Syosset, NY 11791-3416
cr           ##+White Hills Cash,   5781 W. Sunrise Blvd.,    Plantation, FL 33313-6269
12884112     ##+Oasis1 Marketing Group, Inc.,    941 O Street, Suite 800,   Lincoln, NE 68508-3648
12887433     ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13017213     ##+White Hills Cash LLC,   Bky. Dept.,    5781 W. Sunrise Blvd.,   Plantation, FL 33313-6269
                                                                                 TOTALS: 0, * 3, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3              Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW           Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
            agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   Cenlar Central Loan Adm. agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Cenlar FSB ecfmail@mwc-law.com, ecfmail@mwc-law.com
          MICHAEL W. GALLAGHER    on behalf of Debtor Carmen L. Finney mwglaw@msn.com, mwglaw1@verizon.net
          THOMAS I. PULEO    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation
            tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation
            ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carmen L. Finney
      Debtor(s)

Bankruptcy No: 12−19752−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/16/18

155 − 154
Form 138_new