United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 12-19752-mdc
Carmen L. Finney                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Mar 29, 2018
                       Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db            +Carmen L. Finney,   6224 Baynton Street,   Philadelphia, PA 19144-2015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Cenlar Central Loan Adm. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com, ecfmail@mwc-law.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Carmen L. Finney mwglaw@msn.com, mwglaw1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Carmen L. Finney

Debtor(s)  Case No: 12–19752–mdc

___

*ORDER*

    AND NOW, 3/29/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court