United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-19752-mdc
Carmen L. Finney                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 3180W           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db              +Carmen L. Finney,    6224 Baynton Street,    Philadelphia, PA 19144-2015
13035957         Roundpoint Mortgage Servicing Corporation,    Successor in Inerest to Morgan Stanley,
                  P.O. Box 19409,   Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:35      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:06
                  Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12897985         EDI: HNDA.COM Apr 14 2018 05:43:00      American Honda Finance Corporation,
                  National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
12899042         E-mail/Text: legal-compliance@directbuy.com Apr 14 2018 01:50:53      Beta Finance Company, Inc.,
                  PO Box 6000,   Crown Point, IN 46308-6000
12891694        +E-mail/Text: bncmail@w-legal.com Apr 14 2018 01:51:23      CASHCALL, INC.,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
12992277         E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:35
                  CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    One Parkway Building-Bankruptcy Group,
                  1515 Arch Street, 15th Street,    Philadelphia, PA 19102-1595
13023243         EDI: RESURGENT.COM Apr 14 2018 05:43:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13029672         EDI: MERRICKBANK.COM Apr 14 2018 05:43:00      MERRICK BANK,    Resurgent Capital Services,
                  PO Box 10368,   Greenville, SC 29603-0368
12969605         EDI: PRA.COM Apr 14 2018 05:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk VA 23541
13024661        +EDI: PRA.COM Apr 14 2018 05:43:00      PRA Receivables Management, LLC,
                  as agent of Portfolio Recovery,   Associates, LLC,    POB 41067,    Norfolk, VA 23541-1067
13025678         EDI: RECOVERYCORP.COM Apr 14 2018 05:43:00      Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                  Miami, FL 33131-1605
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12887433       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13017213       ##+White Hills Cash LLC,    Bky. Dept.,    5781 W. Sunrise Blvd.,    Plantation, FL 33313-6269
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   Cenlar Central Loan Adm. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Cenlar FSB ecfmail@mwc-law.com, ecfmail@mwc-law.com

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 13, 2018
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MICHAEL W. GALLAGHER    on behalf of Debtor Carmen L. Finney mwglaw@msn.com,    mwglaw1@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation     tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation     ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                              TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carmen L. Finney** | Social Security number or ITIN  **xxx–xx–0802** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **12–19752–mdc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carmen L. Finney

<u>4/12/18</u>

**By the court:**  <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**